THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| WALDEMAR VAZQUEZ<br><br>Plaintiff,<br>v.<br><br>THE RAYMOND CORPORATION<br>and CAROLINA HANDLING, LLC<br><br>Defendants. | CIVIL ACTION FILE NO.<br>2:17-CV-00020-RWS |

## MODIFIED SCHEDULING ORDER

Having reviewed the Motion to Modify Scheduling Order filed by Defendants, The Raymond Corporation and Carolina Handling, LLC on March 28, 2018, and it appearing that the relief is warranted,

Paragraphs 8, 9 and 10 of the current Scheduling Order [Doc. 66] are modified as follows:

(8) All dispositive motions shall be filed on or before **April 6, 2018**. *See* LR 56.1(D).

(9) In lieu of the disclosures required by Fed. R. Civ. P. 26(a)(3), the parties shall file a proposed consolidated pretrial order on or before the later of **April 6, 2018**, or thirty (30) days after entry of the Court's ruling on any pending motion for summary judgment, whichever is later. It shall be the

responsibility of plaintiff's counsel to contact defense counsel to arrange a date for the pretrial conference. *See* LR 16.4(A).

(10) The parties shall file and serve any motion(s) objecting to any liability expert's testimony based upon *Daubert v. Merrell Dow Pharms., Inc.*, 509 U.S. 579 (1993), on or before **April 6, 2018**. *See* LR 26.2(C).

All other deadlines as set forth in the current Scheduling Order [Doc. 66] remain unchanged.

IT IS SO ORDERED, this 28th day of March, 2018.

Honorable Richard W. Story
UNITED STATES DISTRICT JUDGE